## Cirillo *v.* King, Appellant.

Argued January 22, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

550

George A. D'Angelo, with him Colbert C. McClain, and Truscott and Erisman, for appellant.

J. F. Solomon, Jr., with him William L. O'Hey, Jr., for appellee.

OPINION PER CURIAM, May 27, 1970:
Decree affirmed. Costs on appellant.